## WAIVER OF SERVICE OF SUMMONS



TO:  Stuart G. Blackburn, Esq.
     Law Offices of Stuart G. Blackburn
     Two Concorde Way
     P.O. Box 608
     Windsor Locks, CT 06096

    I acknowledge receipt of your request that I waive service of a summons in the action of **Fireman's Fund Insurance Company a/s/o David Ryan v. Whirlpool Corporation,** which is Case Number 05-10786-NMG in the United States District Court, for the District of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I, (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after April 22, 2005 or within 90 days after the date if the request was sent outside the United States.

Dated:   APR 2 8 2005

Signature: *Lissa Barber*

Name typed or printed: Lissa Barber

As: Legal Assistant
Of: Whirlpool Corporation
    200 North M-63
    Benton Harbor, MI 490222