UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN,<br>Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br>Defendant. | )<br>)<br>)<br>) Civil Action No. 1:05-CV-10786(NMG)<br>)<br>)<br>)<br>) |

ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE*
OF ROBERT W. FOSTER, JR.

Defendant Whirlpool Corporation, by and through the undersigned counsel of record, hereby moves, pursuant to Local Rule 83.5.3, for the admission, *pro hac vice*, of Robert W. Foster, Jr., a partner at the firm of Nelson Mullins Riley & Scarborough LLP, with offices at 1320 Main Street, 17th Floor, Columbia, South Carolina  29201.  Such admission is for the purpose of this case only.

As grounds for this motion, and as set forth in the Affidavit of Robert W. Foster, Jr. attached hereto, Whirlpool Corporation and undersigned counsel state as follows:

1. Mr. Foster is duly admitted and licensed to practice law in South Carolina and Georgia and before the U. S. Court of Appeals for the Fourth and Eleventh Circuits.

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and

3. He is familiar with the Local Rules for the United States District Court for the District of Massachusetts.

4. Counsel for all parties that have appeared in this action have assented to this motion.

Whirlpool Corporation has requested that Mr. Foster represent it in this action.

WHEREFORE, the defendant and the undersigned respectfully request that the motion be allowed and that Robert W. Foster, Jr. be admitted to practice before this Court for the duration of this action.

ASSENTED TO:                                      Defendant,

FIREMAN'S FUND INSURANCE CO.,                     SEARS ROEBUCK AND CO.,


  /s/ Stuart G. Blackburn                             /s/ Steven M. Key
Stuart G. Blackburn,                              Richard L. Edwards, BBO #151520
Law Offices of Stuart G. Blackburn                Steven M. Key, BBO #638145
Two Concorde Way                                  Campbell Campbell Edwards & Conroy,
P.O. Box 608                                      Professional Corporation
Windsor Locks, CT  06096                          One Constitution Plaza
(860) 292-1116                                    Boston, Massachusetts 02129
sgblackburn@sbcglobal.net                         (617) 241-3000
                                                  redwards@campbell-trial-lawyers.com
                                                  skey@campbell-trial-lawyers.com




DATED:  July 6, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

FIREMAN'S FUND INSURANCE   )
COMPANY a/s/o DAVID RYAN,    )
             Plaintiff,     )
                      )    Civil Action No. 1:05-CV-10786(NMG)
v.                    )
                      )
WHIRLPOOL CORPORATION,    )
_____Defendant._____)

AFFIDAVIT OF ROBERT W. FOSTER, JR.

I, Robert W. Foster, Jr., hereby depose and state as follows:

1.     I am an attorney duly licensed to practice law in the States of South Carolina and Georgia and before the U.S. Court of Appeals for the Fourth and Eleventh Circuits.

2.     I am a member of each of the above-listed bars in good standing and there are no disciplinary proceedings pending against me.

3.     I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.     This affidavit is made in support of a motion made by Richard L. Edwards and Steven M. Key, both of Campbell Campbell Edwards & Conroy, Professional Corporation. Both are admitted to practice before the United States District Court for the District of Massachusetts. If allowed, I will be working with Mr. Edwards and Mr. Key to defend the interests of my client, Whirlpool Corporation in the above captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 6th

DAY OF July, 2005.

/s/ Robert W. Foster_____
ROBERT W. FOSTER, JR.