UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No. 1:05-CV-10786(NMG)<br>)<br>)<br>)<br>)<br>)<br>) |

## **JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)**

Fireman's Fund Insurance Company a/s/o David Ryan (the "Plaintiff") and Whirlpool Corporation (the "Defendant") (collectively referred to as "the Parties"), submit the following Joint Statement pursuant to Local Rule 16.1(D).

**I.    DISCOVERY PLAN**

1. The Parties have completed their Fed. R. Civ. P. 26(a)(1) disclosures.

2. Depositions noticed pursuant to Fed. R. Civ. P. 30(b)(6) and depositions of experts shall be taken in or near the locality where the witness resides or works unless both Parties and the witness agree or there is a court order otherwise.

3. Plaintiff must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 13, 2006.

4. Plaintiff shall produce their proposed trial experts for deposition on or before February 13, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

5. Defendant must provide the expert disclosure required pursuant to Fed. R. Civ. P. 26(a)(2) on or before March 13, 2006.

6. Defendant shall produce its proposed trial experts for deposition on or before April 13, 2006. In accordance with Fed. R. Civ. P. 26(b)(4), expert witnesses should be produced without need for subpoena.

7. Discovery to be concluded on or before May 13, 2006. The Parties do not anticipate the need to exceed the ten-per-side deposition limit set forth in Local Rule 26.1(c). If the need arises after discovery is commenced, the parties reserve the right to seek the court's approval to exceed the ten-per-side limit.

8. With respect to expert depositions, the Party noticing the deposition shall be responsible for paying the travel expenses and reasonable fees of the expert for time spent at the deposition pursuant to Fed. R. Civ. P. 26(b)(4). The Parties shall be responsible for compensating their own experts for all preparation time.

## II. PROPOSED SCHEDULE FOR THE FILING OF MOTIONS

1. All motions relating to joinder of parties, claims, and remedies and all motions to amend pleadings shall be filed on or before November 7, 2005.

2. All dispositive motions, including summary judgment motions pursuant to Fed. R. Civ. P. 56, shall be filed on or before June 13, 2006.

3. Any documents to be produced that contain trade secret or proprietary information shall be covered by a mutually agreed upon protective order to be executed by both Parties and submitted to the Court for endorsement. All other motions pertaining to proposed confidentiality orders and protective orders shall be filed within a reasonable time after issues to which they pertain arise.

4. The Parties anticipate being ready for trial after September 13, 2006.

## III. ADR AND TRIAL BY MAGISTRATE

The Parties have been advised of alternative dispute resolution programs in accordance with Local Rule 16.1(D)(3) and attach the required certifications.

| | |
|---|---|
| **FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN,** <br> By its Attorney, <br> LAW OFFICES OF <br> STUART G. BLACKBURN | **WHIRLPOOL CORPORATION,** <br> By its Attorneys, <br> CAMPBELL CAMPBELL EDWARDS & CONROY <br> PROFESSIONAL CORPORATION |
| /s/ Eric Loftus_____ <br> Stuart G. Blackburn (BBO# 549797) <br> Eric Loftus <br> Two Concorde Way <br> PO Box 608 <br> Windsor Locks, CT  06096 <br> Tel. (860)292-1116 <br> Fax (860)292-1221 <br> sgblackburn@sbcglobal.net <br> eloftus@sbcglobal.net | /s/ Steven M. Key_____ <br> Richard L. Edwards (BBO# 151520) <br> Steven M. Key (BBO# 638145) <br> One Constitution Plaza <br> Boston, MA 02129 <br> (617) 241-3000 <br> redwards@campbell-trial-lawyers.com <br> skey@campbell-trial-lawyers.com <br><br> AND <br><br> Robert W. Foster, Jr., Esq. (Admitted Pro Hac Vice) <br> Nelson Mullins Riley & Scarborough LLP <br> 1320 Main Street, 17th Fl. <br> Columbia, South Carolina  29201 <br> (803) 799-2000 <br> robbie.foster@nelsonmullins.com |

DATED July 12, 2005