UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN, ) ) ) Plaintiff, ) ) v. ) ) WHIRLPOOL CORPORATION, ) ) Defendant. ) ) | Civil Action No. 1:05-CV-10786(NMG) **DEFENDANT WHIRLPOOL CORPORATION'S RESPONSES TO LOCAL RULE 7.3** |

Defendant Whirlpool Corporation hereby responds to Local Rule 7.3 of the District of Massachusetts as follows:

(A)  Identify any parent corporation.

**ANSWER:**  None.


(B)  Identify any publicly held company that owns 10% or more of the party's stock.

**ANSWER:**  None.


**WHIRLPOOL CORPORATION**
By its attorneys,
CAMPBELL CAMPBELL EDWARDS & CONROY, PROFESSIONAL CORPORATION,

/s/ Steven M. Key
Richard L. Edwards (BBO# 151520)
Steven M. Key (BBO# 638145)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000
redwards@campbell-trial-lawyers.com
skey@campbell-trial-lawyers.com