STEVEN M. KEY<br>
(617)241-3014

April 5, 2005

Dave Chipperson
Associated Aviation Underwriters, Inc.
51 JFK Parkway
Short Hills, NJ  07078

Re:   *Gendreau et al., v. Hyannis Air Service, Inc. et al*
      Taunton District Court Docket No 0331CV0563
      AAU File No. LN-89708-DAC

Dear Dave:

   Enclosed please find an invoice from the County of Plymouth Sheriff's Department Process Office in the amount of $447.80 for the cost of subpoena service to all individuals and businesses listed on the invoice.

   Please remit payment directly to County of Plymouth Sheriff's Department.

   Thank you for your attention to this matter.

Very truly yours,<br><br>Steven M. Key

SMK:ljb
Enclosure
cc:    Richard P. Campbell, Esquire
       Kathleen Guilfoyle, Esquire