UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE )
COMPANY a/s/o DAVID RYAN, )
             )
     Plaintiff, )
             ) Civil Action No. 1:05-CV-10786(NMG)
v.            )
             )
WHIRLPOOL CORPORATION, )
             )
     Defendant. )
             ) July 11, 2005

## LOCAL RULE 16.1(D)(3) CERTIFICATION

  Fireman's Fund Insurance Company a/s/o David Ryan (the "Plaintiff") and its undersigned counsel, hereby certify:

1. That we have conferred with a view towards establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and

2. That we have conferred to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

FIREMAN'S FUND INSURANCE
COMPANY a/s/o DAVID RYAN,
By Fireman's Fund Insurance Company,

Frank Albanese
Craig Insurance Services
PO Box 40569
Jacksonville, FL 32203
(904) 860-8753

And its Attorney,

Erik Loftus (BBO#656315)
Law Office of Stuart Blackburn
Two Concorde Way, PO Box 608
Windsor Locks, CT 06096
Tel. (860)292-1116

## **CERTIFICATION**

I hereby certify that the foregoing Local Rule 16.1(D)(3) Certification has been hand-delivered this 12th day of July, 2005 to the following:

Steven M. Key, Esq.
Campbell Campbell Edwards & Conroy
One Constitution Plaza, Third Floor
Boston, MA  02129

Erik Loftus, Esq.