AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

Fireman's Fund Ins. Co.
a/s/o David Ryan

v.

Whirlpool Corporation

**APPEARANCE**

CASE NUMBER: 1:05-cv-10786 (NMG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

_____
Date: 7/12/05

_____
Signature

_____
Print Name

_____
Address

_____
City           State           Zip Code

_____
Phone Number