UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE )
COMPANY a/s/o DAVID RYAN, )
           Plaintiff, )
                              ) Civil Action No. 1:05-CV-10786(NMG)
v. )
                              )
WHIRLPOOL CORPORATION, )
           Defendant. )

## NOTICE OF WITHDRAWAL OF COUNSEL

     Pursuant to L.R. 83.5.2, Steven M. Key hereby gives notice of his withdrawal as counsel for Whirlpool Corporation. Whirlpool Corporation remains represented by Robert W. Foster, Jr. and Richard L. Edwards.

                                                                  Steven M. Key, BBO #638145
                                                                  Campbell Campbell Edwards & Conroy,
                                                                  Professional Corporation
                                                                  Boston, MA  02129
                                                                  (617) 241-3000