UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN,<br>          Plaintiff,<br><br>v.<br><br>WHIRLPOOL CORPORATION,<br>          Defendant. | )<br>)<br>)<br>)  Civil Action No. 1:05-CV-10786(NMG)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to L.R. 83.5.2, Steven M. Key hereby gives notice of his withdrawal as counsel for Whirlpool Corporation. Whirlpool Corporation remains represented by Robert W. Foster, Jr. and Richard L. Edwards.

/s/ Steven M. Key_____
Steven M. Key, BBO #638145
Campbell Campbell Edwards & Conroy,
Professional Corporation
Boston, MA  02129
(617) 241-3000