UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY a/s/o DAVID RYAN, <br> Plaintiff, <br><br> v. <br><br> WHIRLPOOL CORPORATION, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:05-CV-10786(NMG) |

## NOTICE OF APPEARANCE

Please enter the appearance of Christopher B. Parkerson of Campbell Campbell Edwards & Conroy, P.C. as counsel for the defendant Whirpool Corporation.

/s/ Christopher B. Parkerson
Christopher B. Parkerson, BBO#: 553271
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, MA  02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I, Christopher B. Parkerson, certify that on September 1, 2006 a copy of the above Notice of Appearance was served on counsel of record via electronic filing and by first class mail:

Eric Loftus, Esq.
Stuart G. Blackburn, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096

/s/ Christopher B. Parkerson
Christopher B. Parkerson