UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIREMAN'S FUND INSURANCE )
COMPANY a/s/o DAVID RYAN, )
                          )
        Plaintiff,        )
                          )   Civil Action No. 1:05-CV-10786(NMG)
v.                        )
                          )
WHIRLPOOL CORPORATION,    )
                          )
        Defendant.        )   SEPTEMBER 18, 2006
_____)

## 26(a)(3) PRETRIAL DISCLOSURES

### A. PROPOSED VOIR DIRE QUESTIONS

1. This is a case involving an insurance company. Do any of you have strong feelings about insurance companies which would affect your ability to sit as impartial jurors on a case where an insurance company is the Plaintiff?

2. Have any of you ever filed an insurance claim that was contested or denied by an insurance company?

   a. If so, what was the ultimate outcome?
   b. Did the experience leave you with any negative feelings about insurance companies?

3. Are you, or any member of your family, employed by an insurance company? If so, in what capacity.

4. Have you or any member of your family or close friends been a party to a lawsuit?

5. Have you served as a juror in this Court or any other Court?

   a. If so, did you deliberate to a verdict; and
   b. Would your previous experiences as a juror tend to influence your decision in this case in any way?

6. Are you or any member of your family or any close friend a fireman, a fire investigator or a claim investigator?

7. Have you, any member of your family, or close friend ever been a fireman, a fire investigator or a claim investigator?

8. Have you or any member of your family studied law or engineering or worked in related fields?

9. Have you or any member of your family ever been employed by an appliance manufacturer?

10. Does any one of you feel now, before hearing any of the evidence, that you are inclined to lean toward any party or be sympathetic toward the position of any party?

**B. MOTIONS IN LIMINE**

None.

**C. WITNESS LIST**

1. David Ryan, Esq.
   126 Westerly Terrace
   Hartford, CT (H)
   Robinson & Cole, LLP
   280 Trumbull Street
   Hartford, CT (W)
   (860) 275-8258

2. Benjamin Turnbull
   5 Miacomet Ave.
   Nantucket, MA
   (508) 228-8763

3. Stephen Murphy, Captain
   Nantucket Fire Department
   131 Pleasant Street
   Nantucket, MA
   (508)228-2324

4. Thomas Haynes, CFI
   Crawford Investigations
   Greene, RI
   (401) 297-7820

5. Steven Pietropaolo
   LGI Forensic Group, Inc.
   650 Halstead Avenue, Suite 103B
   Mamaroneck, NY
   (914) 670-0208

6. Fred Ritchie
   Fireman's Fund Insurance Company
   4 Daniels Farm Road
   Trumbull, CT  06611
   (203) 925-9145

7. Robert J. Margetta
   RJ Margetta Adjustment
   82 Granite Street
   Fall River, MA
   (508) 675-5330

## D. EXHIBIT LIST

1. Photographs (125) taken by LGI Forensic Group of loss location and inspection.
2. Photographs (75) taken of loss location by Nantucket Fire Department.
3. Photographs (6) taken of exemplar refrigerator by Nantucket FD.
4. Photographs (87) taken of exemplar refrigerator by LGI Forensic.
5. Photographs (148) taken by LGI Forensic at 05/13/04 inspection.
6. Photographs (239) taken by Thomas Haynes at loss location and inspections.
7. X-Ray photographs (33) taken of refrigerator components.
8. Photographs (124) taken by LGI Forensic at 07/27/04 inspection.
9. Microscope photographs (42) taken at 7/27/04 inspection.
10. Photographs (19) taken of dust experiment by LGI Forensic.
11. Photographs (32) taken by Tom Haynes of evidence and loss location.
12. Handwritten contents inventory prepared by insured (10pgs.)
13. Marine Home Center invoice for various contents (5pgs.)
14. J.P. Weigle invoice for various contents (1pg.)

3

15. Custom Frameset Worksheet (1pg.)
16. Isle Caretaking invoices (11pgs.)
17. The Decorating Shop invoice for various contents (1pg.)
18. Benjamin Turnbull invoice dated 12/18/03 (1pg.)
19. Draft detail Report (1pg.)
20. LGI Forensic Group report dated 11/2/04 (18pgs.)
21. Tomas Haynes report dated 6/10/04 (14pgs.)
22. RJ Margetta report (3pgs.)
23. Nantucket Fire Department report (12pgs.)
24. Inventory lists prepared by insured (36pgs.)
25. Alternative Living Expenses worksheet (1pg.)
26. Insurance Policy (31pgs.)
27. Whirlpool refrigerator involved in loss.
28. Poster-sized copies of various photos from Exhibits #1-11.
29. Reconstructed/simulated model of area around refrigerator.

Dated: September 18, 2006

**FIREMAN'S FUND INSURANCE COMPANY**
By its attorneys,

/s/ Erik Loftus, Esq.
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CERTIFICATE OF SERVICE

| | |
|---|---|
| FIREMAN'S FUND INSURANCE ) <br> COMPANY a/s/o DAVID RYAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:05-CV-10786(NMG) <br><br><br> SEPTEMBER 18, 2006 |

    I hereby certify that on September 18, 2006, a copy of foregoing **26(a)(3) PRETRIAL DISCLOSURES** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ <u>Erik Loftus, Esq.</u>
Erik Loftus, Esquire (BBO# 656315)
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
(860) 292-1116