# CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION PLAZA
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115

CHRISTOPHER B. PARKERSON
(617) 241-3075

November 01, 2006

Craig Nicewicz
Courtroom Clerk for Hon. Nathaniel M. Gorton
John Joseph Moakley United States Courthouse
1 Courthouse Way-Suite 2300
Boston, MA 02210

RE:  *Fireman's Fund (Ryan) v. Whirlpool Corporation.*
     Civil Action No.: 1:05-CV-10786(NMG)

Dear Mr. Nicewicz:

You have requested that the parties confer to decide upon a trial date for the above referenced matter and report back to you. I have discussed this issue with Erik Loftus and both parties are agreeable to a trial date beginning on January 8, 2007, if this is a date that is acceptable to the Court. If the Court prefers this date, please let me know and I will contact Mr. Loftus and will prepare to have the out-of-state witnesses plan on attending during this time. Thank you very much.

Sincerely,

Christopher B. Parkerson

Cbp
Cc:   Erik Loftus