UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIREMAN'S FUND INSURANCE ) <br> COMPANY a/s/o DAVID RYAN, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WHIRLPOOL CORPORATION, ) <br> Defendant. ) | Civil Action No. 1:05-CV-10786(NMG) |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

The plaintiff Fireman's Fund Insurance a/s/o David Ryan and the defendant Whirlpool Corporation hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all of the plaintiff's claims shall be **dismissed forthwith with prejudice** but without an award of costs to any party. The parties further stipulate that all rights to appeal from the judgment of dismissal are hereby waived.

Respectfully submitted,

s/ with consent Erik Loftus
Stuart G. Blackburn, Esq.
Erik Loftus, Esq.
Law Offices of Stuart G. Blackburn
Two Concorde Way
P.O. Box 608
Windsor Locks, CT 06096
sgblackburn@sbcglobal.net
eloftus@sbcglobal.net

                                                     s/ Christopher B. Parkerson
                                                     RICHARD L. EDWARDS (BBO# 151520)
                                                     CHRISTOPHER B. PARKERSON (BBO# 662952)
                                                     CAMPBELL CAMPBELL EDWARDS & CONROY
                                                     PROFESSIONAL CORPORATION
                                                     One Constitution Plaza
                                                     Boston, MA  02129
                                                     (617) 241-3000 (telephone)
                                                     (617) 241-5115 (facsimile)
                                                     cparkerson@cambpell-trial-lawyers.com

Dated: February 7, 2007